**Order filed June 30, 2016**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00840-CR
_____

**MICHAEL JEROME CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1366492**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit # 20.**

The clerk of the 177th District Court is directed to deliver to the Clerk of this court the original of State's exhibit # 20, on or before **July 7, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit # 20, to the clerk of the 177th District Court.

PER CURIAM